SEMNAR & HARTMAN, LLP
BABAK SEMNAR (SBN 224890)
bob@sandiegoconsumerattorneys.com
JARED M. HARTMAN (SBN 254860)
jared@sandiegoconsumerattorneys.com
400 S. Melrose Dr., Suite 209
Vista, CA 92081
Telephone: (951) 293-4187
Facsimile: (888) 819-8230

Attorneys for Plaintiff
KIMI McSWAIN

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMI McSWAIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL CREDIT CONTROL AGENCY, INC.; and DOES 1-10;<br><br>Defendants. | Case No. 3:16-cv-02036-H-JLB<br><br>**JOINT MOTION TO DISMISS, WITH PREJUDICE** |

PLEASE TAKE NOTICE, Plaintiff KIMI McSWAIN ("Plaintiff") and Defendant NATIONAL CREDIT CONTROL AGENCY, INC. ("Defendant") (collectively, the "Parties") hereby jointly move this Court to dismiss this entire matter, with prejudice. Each party is to bear its own costs and fees.

///
///
///
///

1

1 | By providing their electronic signature below, counsel for each party confirms
2 | to having reviewed the instant document and approved of its filing.
3
4
5 | DATED:   03-20-17                                   Respectfully submitted,
6
   |                                                    */s/ Jared M. Hartman*
7 |                                                    Jared M. Hartman, Esq.
   |                                                    Attorneys for Plaintiff
8
9
10 | DATED:   03-20-17                                  Respectfully submitted,
11 |                                                    */s/ Lloyd Dix*
   |                                                    Lloyd Dix, Esq.
12 |                                                    Attorneys for Defendant
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

Case 3:16-cv-02036-H-JLB Document 28 Filed 03/20/17 PageID.247 Page 3 of 3

# PROOF OF SERVICE

McSwain v. National Credit Control Agency, Inc.      **Case No.:** 3:16-cv-02036-H-JLB

I am employed in the County of San Diego, State of California. I am over the age of 18 and am not a party to the within action; my business address is 400 South Melrose Drive, Suite 209, Vista, California 92081. On the date provided below, I served the foregoing document described below on the interested parties in this action by placing same in a sealed envelope. **JOINT MOTION TO DISMISS** was served on:

| |
|---|
| Lloyd D. Dix<br>Nancy Pack-Rayman<br>Jonathan Rubinfeld<br>DIX LAW, APLC<br>22287 Mulholland Highway<br>PMB 414<br>Calabasas, CA 91302<br>Attorneys for Defendant |

☐ **(BY MAIL)** – I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Vista, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Vista, California, in the ordinary course of business. I am fully aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

☐ **(BY FACSIMILE)** – I caused the above described document(s) to be transmitted to the offices of the interested parties at the facsimile number(s) indicated above and the activity report(s) generated by facsimile number (888) 819-8230 indicating on all pages that they were transmitted.

☐ **(BY PERSONAL SERVICE)** – I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

☐ **(STATE)** – I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** – I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. **Via Electronic Service**: The above-described documents will be delivered electronically through the court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service.

Dated: 3-20-17            */s/ Jared M. Hartman*
                                Jared M. Hartman, Esq.

3