UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMI MCSWAIN, an individual,<br><br>                          Plaintiff,<br><br>v.<br><br>NATIONAL CREDIT CONTROL AGENCY, INC.,<br><br>                         Defendant. | Case No.: 3:16-cv-02036-H-JLB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

On March 20, 2017, the parties filed a joint motion to dismiss this entire matter with prejudice. (Doc. No. 28.) For good cause shown, the Court grants the motion. This action is dismissed in its entirety, with prejudice. Each party is to bear its own costs and fees.

**IT IS SO ORDERED.**

DATED: March 22, 2017

                                                          MARILYN L. HUFF, District Judge
                                                          UNITED STATES DISTRICT COURT